1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DAVID EDWARD FULLMORE,                    No.  2:14-cv-1691 AC P

12                 Petitioner,

13          v.                                  ORDER

14   WARDEN,

15                 Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, has filed an application for writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  On July 24, 2014, petitioner was directed to pay the filing

19   fee or submit an application to proceed in forma pauperis.  Petitioner has now filed a request for

20   leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Petitioner has not, however,

21   filed a certified copy of his prison trust account statement for the six month period immediately

22   preceding the filing of the petition and obtained the certification required on the application form.

23   See 28 U.S.C. § 1915(a)(2).  Petitioner will be provided the opportunity to submit the completed

24   application and the certified copy in support of his application to proceed in forma pauperis.

25          In accordance with the above, IT IS HEREBY ORDERED that:

26          1. Petitioner shall submit, within thirty days from the date of this order, a certified copy

27   of his prison trust account statement for the six month period immediately preceding the filing of

28   the complaint and the certification required on the application form.  Petitioner's failure to

1

1  comply with this order will result in a recommendation that this action be dismissed without

2  prejudice.

3        2.  The Clerk of the Court is directed to send petitioner a new Application to Proceed In

4  Forma Pauperis By a Prisoner.

5  DATED: August 7, 2014

6  _____
  ALLISON CLAIRE

7    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28